Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Jacksonville Division

2020 MAY 22 AM 11:20

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

ALIN CHRISTOPHER PROPHETE

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

STERLING PEUGH Et.al

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:20-cv-514-J-32JRK
(to be filled in by the Clerk's Office)

MAY 20 2020

FOR MAILING

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: ALIN CHRISTOPHER PROPHETE
- All other names by which you have been known:
- ID Number: B07712
- Current Institution: Union Correctional Institution
- Address: P.O. Box 1000
  - City: Raiford
  - State: FL
  - Zip Code: 32083

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: STERLING PEUGH
- Job or Title *(if known)*: Lieutenant
- Shield Number: N/A
- Employer: Florida Dept of Corrections
- Address: P.O. Box 1000
  - City: Raiford
  - State: FL
  - Zip Code: 32083
- [✓] Individual capacity  [ ] Official capacity

Defendant No. 2
- Name: Unknown
- Job or Title *(if known)*: officer or sergeant
- Shield Number: N/A
- Employer: Florida Dept. of Corrections
- Address: P.O. Box 1000
  - City: Raiford
  - State: FL
  - Zip Code: 32083
- [✓] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
　　Name: Unknown
　　Job or Title (if known): Officer or Sergeant
　　Shield Number: N/A
　　Employer: Florida dept. of Corrections
　　Address: P.O. Box 1000
　　　　Raiford　　　　FL　　　32083
　　　　City　　　　　State　　　Zip Code
　　[✓] Individual capacity　　[ ] Official capacity

Defendant No. 4
　　Name: Unknown
　　Job or Title (if known): Officer or Sergeant
　　Shield Number: N/A
　　Employer: Florida Dept of Corrections
　　Address: P.O. Box 1000
　　　　Raiford　　　　FL　　　32083
　　　　City　　　　　State　　　Zip Code
　　[✓] Individual capacity　　[ ] Official capacity

II.　**Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

　　A.　Are you bringing suit against *(check all that apply)*:

　　　　[ ] Federal officials (a *Bivens* claim)
　　　　[✓] State or local officials (a § 1983 claim)

　　B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

　　My right to be free from cruel and unusal punishment

　　C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No 5
Name: Unknown
Job or Title: Officer or Sergeant
Shield Number: N/A
Employer: Florida Dept of Corrections
Address: P.O. Box 1000
Raiford, FL 32083
☑ Individual Capacity  ☐ Official Capacity

Defendant No 6
Name: Unknown
Job or Title: Officer or Sergeant
Shield Number: N/A
Employer: Florida Dept. of Corrections
Address: P.O. Box 1000
Raiford, FL 32083
☑ Individual Capacity  ☐ Official Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

While acting as state correctional officers the 6 defendants participated in an unnecessary and forced cell extraction in which the plaintiff was gratiously beaten The use of force was not necessary and the need for it was manufactored by defendants

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 1/30/2019 while housed in U-2112 at Union Correctional Institution. Lt. Peugh was conducting an organized use of force on me. After the first or second application of chemical agents

Page 4 of 11

I informed Lt. peugh that I would submit to a strip seach and proper hand restriant proceedure. Lt. Peugh, however manipulated the use of force camera by saying I was not submitting to a proper strip seach when in fact I was. He then applied chemical Agents again, I again submitted to a strip search which Lt. Peugh again manipulated the use of force camera and said I was not submitting to a proper strip search, when I in fact was. At this point Lt. Peugh ran a forced cell extraction team on me during this cell extraction I offered no resistance but I was still gratuitosly beaten by the five officers and or Sergeants on the extraction team I was beaten in the head with handcuffs and shackles that were used as brass knuckles my penis and my testicles were repeatedly struck as well. All of this occured while I was naked because I had given my boxers up to submit to strip search proceedure. I suffered multiple injuries such as hematomas in both eyes, multiple lacerations to my head. My lip was split and bleeding profusely and had a cut on my penis and suffered extreme pain in my testicles. All of these injuries where gratuitous because I offered no resistance to the force cell extraction team and because the cell extraction team should have never been ran and would not have been ran had Lt. peugh not manipulated the use of force camera in order to do so. During my post use of force Lt. Peugh stated that it was his intent to kill me via cell extraction and he also told the nurse not to report all my injuries. The officers on the cell extraction told me if you acted up again you will die. The plaintiff avers the aforementioned acts of the defendants constitute cruel and unusal punishment a violation of my 8th amendment right to be free from such treatment

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 30th, 2019 between 7:00 AM and 7:00 P.M

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was gratiutasly beaten and sprayed with chemical agents and I was told by Lt. Peagh that he organized the cell extraction team just for me. Meaning he instructed them to beat me and they complyed

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I had hematomas in both eyes multiple lacerations to the head and penis as well as my testicles. My blood pressure was increase, I also had extreme headaches and pain in my groin weeks after the incident. And I urinated blood direct after the incident. I receive no medical treatment

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I seek $2,000,000.00 per defendant for actual, compensatory, nominal, punitive and cosmetic damages. The basis for these damages is that the defendants knowingly and willfully and gratuitously beat me and manipulated Florida D.O.C policy in order to do so

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

- A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

    ☑ Yes

    ☐ No

    If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

    _Union Correctional Institution_

- B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

    ☑ Yes

    ☐ No

    ☐ Do not know

- C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

    ☑ Yes

    ☐ No

    ☐ Do not know

    If yes, which claim(s)?

    _Cruel and Unusal Punishment violation_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

~~Cruel and unsual punishment~~ Union Correctional Inst,

2. What did you claim in your grievance?

Cruel and Unusal punishment

3. What was the result, if any?

I turn two grievance one was exhausted the other was not responde to

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The grievance that was approved was not appeal the other grievance was appealed without a response and I appealed it again and still did not receive a response

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

As to the grievance that I appealed I never receive a response at any level but I appealed all the way to Office of the Secretary of D.O.C., the highest level possible

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Alin Christopher Prophete
   Defendant(s) DR. George et.al A.N.R.P Putney

2. Court *(if federal court, name the district; if state court, name the county and State)*

   U.S. District Court for the Northern District of Florida

3. Docket or index number
   4:18-cv-00373-WS-CAS

4. Name of Judge assigned to your case
   William Stafford

5. Approximate date of filing lawsuit
   June 2018

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/20/20

Signature of Plaintiff: *Alin Prophete*
Printed Name of Plaintiff: ALIN CHRISTOPHER PROPHETE
Prison Identification #: B07712
Prison Address: Union Correctional Institution
Raiford, FL 32083

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address: