Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Jacksonville Division

ALIN CHRISTOPHER PROPHETE
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

STERLING PEUGH et.al
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:20-cv-514-J-39-JRK
(to be filled in by the Clerk's Office)

3rd Amended

FILED 2021 MAR 11 10:18

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ALIN CHRISTOPHER PROPHETE
All other names by which you have been known:
ID Number: B07712
Current Institution: Santa Rosa Correctional Institution
Address: 5850 East Milton Road
Milton, FL 32583
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: STERLING PEUGH
Job or Title (if known): Lieutenant
Shield Number: Unknown
Employer: Florida Department of Corrections/U.C.I
Address: P.O. Box 1000
Raiford, FL 32083
City / State / Zip Code
[✓] Individual capacity    [ ] Official capacity

Defendant No. 2
Name: Joshua Davis
Job or Title (if known): Captain
Shield Number: Unknown
Employer: Florida Department of Corrections/U.C.I
Address: P.O. Box 1000
Raiford, FL 32083
City / State / Zip Code
[✓] Individual capacity    [ ] Official capacity

Page 2 of 11

Defendant No. 3
Name: John Hood
Job or Title (if known): Captain
Shield Number: Unknown
Employer: Florida Department of Corrections / Union C.I.
Address: P.O. Box 1000
Raiford, FL 32083
City / State / Zip Code
[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
Name: Lyndell Hampton
Job or Title (if known): Officer
Shield Number: Unknown
Employer: Florida Department of Corrections / Union C.I.
Address: P.O. Box 1000
Raiford, FL 32083
City / State / Zip Code
[✓] Individual capacity   [ ] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1) violation of due process 2) violation of the 8th amendment under cruel and unusal punishment clause 3) violation of the Prison Rape Elimination Act do to a forced "sexual act" as defined in 18 U.S.C. 2246

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5
Name: Quinton Williams
Job or Title: Sergeant
Shield Number: Unknown
Employer: Florida D.O.C. / Union C.I.
Address: P.O. Box 1000
Raiford, FL 32083
☑ Individual Capacity ☐ Official Capacity

Defendant No 6
Name: Anthony Cruz
Job or Title: Sergeant
Shield Number: Unknown
Employer: Florida D.O.C / Union C.I.
Address: P.O. Box 1000
Raiford, FL 32083
☑ Individual Capacity ☐ Official Capacity

Defendant No 7
Name: Charles Bics
Job or Title: Officer
Shield Number: Unknown
Employer: Florida D.O.C / Union C.I.
Address: P.O. Box 1000
Raiford, FL 32083
☑ Individual Capacity ☐ Official Capacity

Defendant No 8
Name: Willie Oliver
Job or Title: Sergeant
Shield Number: Unknown
Employer: Florida D.O.C / Union C.I.
Address: P.O. Box 1000
Raiford, FL 32083
☑ Individual Capacity ☐ Official Capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. While employed as state corrections Officers the eight defendants participated and or failed to intervene and protect the plaintiff in what was an unnecessary use of chemical agents and a forced cell extraction in which the plaintiff was sexually abused through an unlawful sexual act and gratuitously beaten. The use of force was unnecessary and the "need" for it was manufactured by defendant Lt. Sterling Peugh, primarily.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose. On 01/30/2019 while housed in U-2112 at Union C.I. Lt. Peugh was conducting an organized use of force on me which was necessary because I agreed to comply with order to stop creating a disturbance (I was not creating one but the order was given, and I agreed to comply with it)

Page 4 of 11

4a

The hand held use of force camera recorded me being complaint for three minutes. After this the camera was turned off and all officers including Lieutenant Peugh left the Housing wing that I was being housed in i.e. Uniform wing 2.

About five minutes later without any justifiable reasons, Lt. Peugh returned with the camera operator, Alleksandor Meston, and Jenniefer Amit. Then, defendant Peugh ordered Jenniefer Amit to administer chemical agents in to my cell (U-2112). Prior to the second application of chemical agents, I informed defendant Peugh that I wanted to submit to a strip search and hand restraint proceedures. However, defendant Peugh claims that I was threatening staff and or being disruptive, and ordered officer Amit to administer a second round of chemical agents. To be clear, I was willing to comply but because I alluded to writing a grievance on defendant Peugh he ordered that I be sprayed with chemical agents.

Prior to chemical agents being applied for a third time the cell extraction team was present at my cell door. I told defendant Peugh that I wanted to submit to strip search and hand restraint proceedure. Lt. Peugh then said alright. He said this for the sake of the appearance of propriety. After agreeing to allow me to come out my cell with no further application of force, He ordered a member of the cell extraction team (I belive defendant Charles Bias) to manipulate

4b

the hand held camera and say I was not complying with the strip search to "justify" more force. The order Lt. Peugh gave to the cell extraction team member can be heard in the 24th minute of the second disc of the use of force videos. And, Mr Peugh can be seen giving the order and the extraction team member emphatically shook his head up and down in agreement with this unlawful order.

The officer who agreed with defendant peugh's unlawful order then proceeded to follow that order by lying on me by saying I was not complying with the strip search. Jennicfer Amit was again ordered to administer chemical agents for a third time. Before the cell extraction team breached my cell the same sequence of manipulation was used by the defendants i.e. I complied with strip search proceedure but they said I did not, to use the extraction team without just cause.

During the cell extraction I offered no resistance (I had laid my state issued mattress on the floor and I was lying face down when the cell was breached) But the audio was manipulated by the defendants who said on audio "stop resisting" and other similar statements, multiple times, to drown out my screams for help, and the noise of the assult that was occuring. And they also yelled these statements to unlawfully attempt to create the appearance of a need for force. During the entire time the defendants were screaming "stop resisting" I was actually being physically beaten with close fist and handcuffs and sexully assulted with the leg irons.

@4c

I was beaten in the head with handcuffs which were used as brass knuckles. My penis and testicles were repeatedly struck with close fist. All of this occurred while I was naked because I had given up my boxers in compliance with a strip search order moments earlier. The boxers were the only form of clothing I had on at the time. While being pinned down on my stomach my anus was penetrated several times by the open end of the shackles before they were put on my ankles. I suffered and still suffer from multiple injuries, emotional and physical, that I incurred during the cell extraction.

These injuries are and were hematomas in both eyes areas of my face, multiple lacerations to my head, my lip was split and bleeding profusely and had a cut on my penis and extreme pain in my testicles. All these injuries were gratutious because there was no actual need for the cell extraction because I did comply with strip search proceedures and most importantly the first application of chemical agents was not warranted so I should've never been in a position that required a strip search.

Moreover, I did not receive a fair D.R. Hearing or investigation. I should have not been found guilty of the D.R. because (1) there was not a sufficent amount of evidence to support the statement of facts and (2) proceedural errors during the investigation. Due Process was also violated during the appeal process of the D.R. because neither one of my two grievances were responded to.

4d

Defendants John Hood and Joshua Davis did not physically touch me during this incident but they are liable because they failed to intervene on my behalf and protect me from the physical and sexual assault that was occurring. They were present at my cell door during the cell extraction they saw what was happening and they acted as if nothing was wrong. Willie Oliver is liable because he failed to intervene on my behalf as well he watched the entire incident while blocking the view of the camera and did nothing to help me. The other five defendants either actually physically and or sexually assaulted me or conspired to have such happen to me

The Plaintiff avers that the aforementioned events constitute cruel and unusual punishment; violation of due process and sexual assault via sexual act as defined by 18 U.S.C. 2246

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 30th 2019 between 7:Am and 7 p.m.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I gratuitously beaten and sprayed with chemical agents and I was told by defendant Peugh that cell extraction team was put together "just for me". I was sexually assaulted during the cell extraction by the officer who possessed the shackles. There was no need for the cell extraction or the first application of chemical agents because I did not violate the final order to cease disturbing the housing unit or the last two applications of chemical agents because I was willing and or did. comply with hand restraints and strip search proceedure.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I had hematomas in both eyes multiple lacerations to the head and penis as well as pain in my testicles. My blood pressure was increased I had and still have headaches that don't go away with medicine I had blood in my urine. I was sodomized by the open end of the leg irons. And I have emotional pain and suffering and Severe mental Anguish

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I seek $ 2,000,000.00 from each defendant for punitive, compensatory, nomial, actual and cosmetic damages, A total of 16 million dollars ($16,000,000.00) The basis for these damages is that the defendants knowingly and willfully and gratuitously beat me and sexually assulted me and manipulated Florida D.O.C. policy and violated state and Federal law in order to do so, as well the Federal constitution

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Union Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
Cruel and Unusel Punishment violation due process violation and sexual assulted

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Union C.I. and Santa Rosa C.I.

2. What did you claim in your grievance?
   Cruel and Usual Punishment
   Due Process violation
   Sexual assult

3. What was the result, if any?
   I turned in two grievances about the cruel and unusal Punishment
   I turned in two grievances about the ~~cruel and unusal~~ the Due Process violations
   I turned in 3 grievances about sexual abuse

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   The grievance that I filed about the cruel and unusal Punishment were approved. The due Process grievances were never returned. The sexual abuse grievances were approved.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)  ALIN CHRISTOPHER PROPHETE

    Defendant(s)  DR. George et.al

2. Court *(if federal court, name the district; if state court, name the county and State)*

    U.S. District Court for the Northern District of Florida

3. Docket or index number

    4:18-CV-00373-WS-CAS

4. Name of Judge assigned to your case

    William Stafford

5. Approximate date of filing lawsuit

    2018

6. Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition  11/1/19 - 11/1/20

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    Case dissmissed without prejudice

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/6/21

Signature of Plaintiff: *Ali Prophek*
Printed Name of Plaintiff: Alin Prophete
Prison Identification #: B07712
Prison Address: Santa Rosa C.I. 5850 E. Milton Rd
Milton, FL 32583

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

Page 11 of 11