United States District Court
Middle District of Florida
Jacksonville Division

**ALIN CHRISTOPHER PROPHETE,**

    Plaintiff,

v.                                                         **NO. 3:20-cv-514-BJD-LLL**

**LT. STERLING PEUGH, ET AL.,**

    Defendants.
_____

### Order[1]

The Court **grants** plaintiff's Motion for Leave to File a Response of More Than 20 Pages, doc. 163. Plaintiff's response, declaration, and supplement, docs. 163-1, 163-2, and 167, are accepted as the response. The Court directs the **clerk** to file plaintiff's response and declaration, docs. 163-1 and 163-2, on the docket as standalone entries, edit the docket language of doc. 167 by removing the word "PROPOSED," and link doc. 167 to plaintiff's response and declaration once filed as standalone entries.

The Court **grants** plaintiff's Motion to Direct Defendants to Produce and File Under Seal Fixed Wing Video and Audio Evidence and Florida Department of Corrections Security Operations Procedure 602.004 (Forced Cell Extraction) for In Camera Review for the Purpose of Response in Opposition to Defendants' Motion for

---

[1] Although provided time to do so, defendants failed to file responses to plaintiff's motions addressed in this order.

2

Summary Judgment, doc. 164. On or before **October 28, 2022,** the Court **directs** defendants to submit to the clerk's office for filing under seal any fixed wing video and audio evidence related to the January 30, 2019 incident and a copy of FDOC Security Operations Procedure 602.004 that was in effect on January 30, 2019.

    **Ordered** in Jacksonville, Florida on October 17, 2022.

*[signature]*
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Alin Christopher Prophete, #B07712, pro se
    Florida State Prison
    P.O. Box 800
    Raiford, FL 32083
Joe Belitzky, Esquire
Omar J. Famada, Esquire
Shirley Wilson Durham, Esquire